IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORNELIUS ALLEN YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-550-RAH |
| ) | |
| ALABAMA LAW ENFORCEMENT ) | |
| AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On October 14, 2025, the Magistrate Judge ordered Plaintiff to file an amended complaint because the operative complaint fails to state plausible claims for relief and constitutes an improper shotgun pleading. (*See* doc. 11.) Plaintiff did not file an amended complaint as directed. On November 5, 2025, the Magistrate Judge recommended that this action be dismissed without prejudice due to Plaintiff's failure to file the amended complaint as directed. (*See* doc. 12.) Plaintiff has not filed an objection, nor an amended complaint. Upon an independent review of the file and for good cause, it is **ORDERED** as follows:

1. The Recommendation (Doc. 12) is **ADOPTED,** and therefore this case will be dismissed for the reasons stated by the Magistrate Judge in the Recommendation;

2. This case is also due to be dismissed for the reasons stated by the Magistrate Judge in her Order dated October 14, 2025;

3. This case is **DISMISSED without prejudice**; and,

4. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 25th day of November 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE